**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Gilbert,                    )<br>                                             )<br>            Plaintiff,               )<br>                                             )<br>       v.                                 )<br>                                             )<br>Maricopa County Superior Court, et al.,  )<br>                                             )<br>            Defendants.         )  | CV-08-01148-PHX- LOA<br><br>**O R D E R** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** this matter has been reassigned by random lot to the Honorable Earl H. Carroll. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV- 08-01148-PHX-EHC.**

DATED this 24th day of June, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge